**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1276**

———————

UNUM LIFE INSURANCE COMPANY OF AMERICA;
NATIONAL LIFE INSURANCE COMPANY OF VERMONT,

                                        Plaintiffs - Appellees,

         and

LESLIE ANNE ROBERTS SULLIVAN,

                                        Plaintiff,

         versus

ROBERT WEINFELD, M.D.,

                                        Defendant - Appellant,

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,

                                        Defendant - Appellee,

         and

BONNIE JEAN EDWARDS, formerly known as Bonnie
Jean Weinfeld; BRODSKY, GREENBLATT & RENEHAN,
CHARTERED; GINS AND GREENFELD, P.C.,

                                        Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-
99-1030-PJM)

———————

Submitted: September 6, 2001      Decided: September 11, 2001

Before WIDENER, WILLIAMS,[*] and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Weinfeld, Appellant Pro Se.  John Snowden Stanley, Jr., SEMMES, BOWEN & SEMMES, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Weinfeld appeals from the district court's order dismissing as moot his motion for clarification of payment.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Unum Life Ins. Co. of America v. Weinfeld, No. CA-99-1030-PJM (D. Md. Feb. 9, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Judge Williams did not participate in consideration of this case.  The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).